## HOWARD COSBY *v.* COMMISSIONER OF CORRECTION
## (AC 32490)

Beach, Robinson and Bear, Js.

Submitted on briefs January 13—officially released January 31, 2012

Per Curiam. The appeal is dismissed.

## HAYNES MATERIALS COMPANY *v.* SONO STONE AND GRAVEL, LLC, ET AL.
## (AC 32569)

Gruendel, Lavine and Espinosa, Js.

Submitted on briefs January 13—officially released February 14, 2012

Per Curiam. The judgment is affirmed.

## BRUCE FELDER *v.* COMMISSIONER OF CORRECTION
## (AC 32209)

Beach, Robinson and Sheldon, Js.

Argued January 30—officially released February 28, 2012

Per Curiam. The appeal is dismissed.